JS -6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. GREEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FELICIA PONCE, Warden,<br><br>　　　　Respondent. | Case No. 2:21-cv-09934-GW-KES<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Dismissing Petition Without Prejudice,
IT IS ADJUDGED that the Petition (Dkt. 1) is dismissed without prejudice and
without leave to amend.

DATED:  January 11, 2022

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE